**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARISSA HALBRECHT,** | Case No.: 13-CV-3492 YGR |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **JESSICA JACOBSON,** *et al.*, | |
| Defendants. | |

The parties are ordered to provide further information regarding the Joint Statement (Dkt. No. 32). The Court does not stay cases without adequate cause. Accordingly, a case management conference is set for May 5, 2014 at 2:00 p.m. Telephonic appearance is authorized.

**IT IS SO ORDERED**.

Date: April 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**