**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARISSA HALBRECHT,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**JESSICA JACOBSON,** *ET AL.***,**<br><br>   **Defendants.** | Case No.:  13-CV-3492 YGR<br><br>**ORDER GRANTING REQUEST FOR STAY AND SETTING COMPLIANCE HEARINGS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Court's oral ruling at the case management conference on Monday, May 5, 2014, this case is hereby **STAYED** until May 2015 pending Defendants' compliance with the parties' settlement agreement.  (*See* Dkt. No. 32.)

Compliance hearings regarding the status of Defendants' compliance shall be held on **Friday, November 14, 2014** and **Friday, June 12, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of each compliance hearing, the parties shall file either: (a) statement regarding the status of Defendants' compliance with the settlement agreement, or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**