UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA HALBRECHT,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA JACOBSON, *ET AL.*,<br><br>    Defendants. | Case No.: 13-cv-3492 YGR<br><br>ORDER TO SHOW CAUSE WHY MOTION TO ENFORCE SETTLEMENT AGREEMENT SHOULD NOT BE GRANTED AND SETTING COMPLIANCE HEARING |

Plaintiff filed a motion for settlement enforcement on May 29, 2015. (Dkt. No. 45.) To date, defendants have failed to oppose or otherwise respond to plaintiff's motion.

Defendants Jessica Jacobson, Rayah Levy, and Artequesta, are hereby **ORDERED TO SHOW CAUSE** why the plaintiff's motion for settlement enforcement should not be granted and judgment should not be entered. In response to this order to show cause, no later than **Friday, July 24**, the defendants shall file either: (a) statements of up to **FOUR PAGES** explaining whether plaintiff's motion to enforce settlement agreement should be granted; or (b) a one-page statement setting forth their failure to comply. Failure to file a response will be construed as a concession that this Court should grant plaintiff's motion.

A compliance hearing regarding defendants' response to the Court's Order to Show Cause shall be held on **Friday, July 31**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  If compliance is complete, the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if defendants have submitted a statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE