UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA HALBRECHT<br><br>                Plaintiff,<br><br> vs.<br><br>JESSICA JACOBSON, RAYAH LEVY, and ARTEQUESTA<br><br>                Defendants. | Case No. 13-cv-03492-YGR<br><br>[**PROPOSED**] FINAL JUDGMENT<br><br>*AS MODIFIED BY THE COURT* |

    Consistent with this Court's Minute Order enforcing the parties' settlement agreement (Dkt 55), and Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ADJUDGED:

    1.    JUDGMENT is entered against Defendants Rayah Levy, Rayah Levy International, Inc. (also known as Artequesta), and Jessica Jacobson, jointly and severally, in the amount of three hundred and ninety four thousand dollars ($394,000) pursuant to the parties' Stipulation and Settlement Agreement. Plaintiff Marissa Halbrecht shall recover this amount, jointly and severally, from Defendants. Plaintiff shall also recover from Defendants, jointly and severally, pre-judgment interest at a rate of ten percent (10%), or one hundred and seven dollars and ninety five cents ($107.95) per day, from May 22, 2014 through the date this Judgment is entered.

    2.    JUDGMENT is also entered against Rayah Levy and Rayah Levy International, Inc. (also known as Artequesta), jointly and severally, in the additional amount of $9,000. Plaintiff shall recover this amount, jointly and severally, from Defendants Rayah Levy and Rayah Levy International, Inc. Plaintiff shall also recover from Rayah Levy and Rayah Levy

1  International, Inc. pre-judgment interest at a rate of ten percent (10%), or two dollars and forty-
2  seven ($2.47) per day, from May 22, 2014 through the date this Judgment is entered.
3      3.  Plaintiff shall recover her costs of suit and reasonable attorneys' fees incurred in
4  enforcing the settlement agreement.
5      4.  The Court will retain jurisdiction of this matter to ensure compliance with this
6  Judgment and the parties' Settlement Agreement for a period of one year.

Dated: __August 21__, 2015            _____
                                      United States District Court Judge