EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Abraham George, Esq, New York State Bar No. 4272258<br>Law Office of Abraham George, Appearing Pro Hac Vice<br>44 Wall Street, 2nd Floor<br>New York, NY 10005<br>TELEPHONE NO.: 212 498-9803   FAX NO. (Optional): (646) 558-7533<br>E-MAIL ADDRESS (Optional): AbeGeorgeNYC@gmail.com<br>ATTORNEY FOR (Name): MARISSA HALBRECHT, plaintiff<br>[✔] ATTORNEY FOR   [✔] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US District Court ND CA
STREET ADDRESS: 1301 Clay Street # 400S
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94912
BRANCH NAME: United States District Court for Northern District of CA

PLAINTIFF: MARISSA HALBRECHT

DEFENDANT: JESSICA JACOBSON, RAYAH LEVY & ARTEQUESTA

| WRIT OF | [✔] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>                          [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>13-cv-03492-YGR |
|---|---|---|

1. To the Sheriff or Marshal of the County of: Los Angeles County CA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): MARISSA HALBRECHT
   is the [✔] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   ┌─────────────────────────────────────┐
   │ RAYAH LEVY                          │
   │ 70 Sycamore Avenue                  │
   │ Mill Valley, CA 94941-2720          │
   │ ~~Rayah~~ Levy International, Inc. also ~~known~~ │
   │ as Artequesta                       │
   │ 775 East Blithedale Ave Unit 237    │
   │ Mill Valley, CA 94941               │
   └─────────────────────────────────────┘

   [✔] Additional judgment debtors on next page

5. Judgment entered on (date): 08/21/2015
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [✔] has not been requested.
   b. [ ] has been requested (see next page).
8. [✔] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . . $ 394,000.00
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . $
13. Subtotal (add 11 and 12) . . . . . . . . . $ 394,000.00
14. Credits . . . . . . . . . . . . . . . . . . . . . . . $ 68,490.00
15. Subtotal (subtract 14 from 13) . . . . . . $ 325,510.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). . . $ 49,333,15 * 1,061.81
17. Fee for issuance of writ . . . . . . . . . . . . . . $
18. Total (add 15, 16, and 17) . . . . . . . . . . . $ 375,904.96
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. . . . . . $ 4.02
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): 5-20-16   Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

NOTE as to line 16: * denotes PRE_JUDGMENT and ** denotes POST-JUDGMENT interest

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

EJ-130

| PLAINTIFF: MARISSA HALBRECHT | CASE NUMBER: |
|---|---|
| DEFENDANT: JESSICA JACOBSON, RAYAH LEVY & ARTEQUESTA | 13-cv-03492-YGR |

— Items continued from page 1 —

21. ☑ **Additional judgment debtor** *(name and last known address):*

   JESSICA JACOBSON
   28 Cortez Avenue
   Redwood City CA 94062

22. ☐ **Notice of sale** has been requested by *(name and address):*

   ALL DEBTORS JOINTLY & SEVERALLY

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name and address of joint debtor:

   a. on *(date):*
   b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2)):*
      (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
         (a) $                was the daily rental value on the date the complaint was filed.
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARISSA HALBRECHT,

            Plaintiff

vs.

JESSICA JACOBSON, RAYAH LEVY, and ARTEQUESTA,

            Defendants.

Case No. 13-cv-03492-YGR

**AFFIDAVIT OF COMPUTATION OF INTEREST
ON WRIT OF EXECUTION ON JESSICA JACOBSON,
RAYAH LEVY, and
RAYAH LEVY INTERNATIONAL, INC. ALSO KNOWN AS ARTEQUESTA**

NOW COMES Abraham George, Esq., attorney for Plaintiff, Judgment Creditor Marissa Halbrecht and hereby affirms to the calculation reflected in the Writ of Execution as follows:

On August 21, 2015, this court issued a FINAL JUDGMENT * AS MODIFIED BY THE COURT * against defendants JESSICA JACOBSON, RAYAH LEVY, and RAYAH LEVY INTERNATIONAL, INC. ALSO KNOWN AS ARTEQUESTA, jointly and severally, in the amount of $394,000 plus pre-judgment interest from May 22, 2014 to date of Judgment, August 21st 2015 at the rate of $107.95 per day, in favor of Marissa Halbrecht. (¶1, Page 1 of FINAL JUDGMENT, (document # 57).

There are 457 days between May 22, 2014 and the date of Final Judgment of August 21, 2015, including the final date August 21, 2015.

457 days multiplied by the daily rate of $107.95 is $49,333.15

The Final Judgment reflects the sum of $394,000 is reflected in this WRIT OF EXECUTION on lines 11 and 13.

The sum of $394,000, the Final Judgment amount plus the the pre-judgment interest as stated above, is $443,333.15

Line 16 reflect two interest amounts: the pre-judgment rate from May 22, 2014 to August 21, 2015, 457 days at a rate of $107.95, i.e. $49,333.15, which is the first number on line 16 followed by a single asterisk ("*") reflecting the pre-judgment interest.

1

The second number on line 16 is the post-judgment interest, calculated as per *Title 28. Judiciary and Judicial Procedure Part V--Procedure, Chapter 125--Pending Actions and Judgments, § 1961. Interest*

*(a) Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefor may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State.* <u>***Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding. [FN1] the date of the judgment***</u>*. The Director of the Administrative Office of the United States Courts shall distribute notice of that rate and any changes in it to all Federal judges.* (emphasis added)

*(b) Interest shall be computed daily to the date of payment except as provided in section 2516(b) of this title and section 1304(b) of title 31, and shall be compounded annually.*

Accordingly, inasmuch as the Final Judgment was issued on August 21, 2015, the preceding week is shown as August 14, 2015.

The Federal Reserve Web site was consulted:

http://www.federalreserve.gov/releases/h15/data.htm

This data is loaded into an Excel spreadsheet. (see screenshots below)



and the Treasury constant maturities for 1 year was selected for *weekly*

The file was then loaded into Microsoft Excel as shown in the screenshot below:



the Excel file for the appropriate date and rate is shown below (row 2804)



1  The appropriate post-judgment interest rate was located for the *preceding week*, August 14, 2015, of the judgment on the amount of $443,333.15. The rate is shown as 0.39% as seen in the screenshot above.

3  The judgment debtors were credited with a payment of $68,490 on August 31, 2015, which is reflected on line 14 on the Writ of Execution.

5  Accordingly, there are 10 days, from August 21, 2015 until August 31, 2015 at a post-judgment rate of 0.39% on the sum of $443,333.15, the amount of the judgment plus the pre-judgment interest, which amounts to $40.37 for those 10 days' post-judgment and pre-credit of $68,490.00. i.e. $443,333.15 plus $40.37 which equals the sum of $443,373.52

8  As to post-judgment interest after the $68,490 credit, leaving a balance of $374,883.52, from August 31, 2015, until and including today, May 12, 2016 at 0.39% is 255 days on the $374,883.52 which equals $1,021.43 in post-judgment interest up to and including today. (see calculation below)

| | |
|---|---|
| Starting Amount (PV)?: | $374,883.52 |
| Annual Interest Rate?: | 0.3900% |
| Days (-9,999 < # < 47,482)?: | 255 |
| Start Date (year > 1969)?: | 08/31/2015 |
| End Date (year < 2100)?: | 05/12/2016 |
| Interest Earned: | $1,021.43 |
| Future Value (FV): | $375,904.95 |
| Annual Percentage Yield (APY): | 0.3902% |
| Daily Interest Rate: | 0.0010% |

Calc    Clear    Print    Help

©2016 Pine Grove Software LLC, all rights reserved          $ : MM/DD/YYYY

27  Accordingly, the post-judgment interest equals the 10 days prior to the credit of $68,490 as stated above, i.e. $40.37 plus the 255 days' post-judgment, post-credit equaling $1,021.43 making a total of post-judgment interest of $1,061.81

4

Therefore, line 16. on the Writ of Execution reflects two numbers. The first number, $49,333.15 reflects pre-judgment interest as stated above. The pre-judgment amount is indicated with a single asterisk ("*"). The second number on line 16 is the post-judgment amount of $1,061.81. The post-judgment interest is denoted by two asterisks ("**") The sum of pre-judgment and post-judgment interest is $50,394.96

This calculation of post-judgment interest was made from the financial calculator on the web site:

https://financial-calculators.com/simple-interest-calculator
as shown on the preceding page.

To calculate the per diem interest amount, the https://financial-calculators.com/simple-interest-calculator was used again as depicted in the screenshot below.

Line 18 was computed by taking the subtotal from line 15, $325,510.00 and the total of the pre and post-judgment interest, $50,394.96, which equals $375,904.96.

Using the https://financial-calculators.com/simple-interest-calculator , as shown below, the daily interest amount from May 12 2016 is $4.02 per day and is reflected on line 19(a) of the Writ of Execution form EJ130.



5

These calculations were used to arrive at the monetary entries in the WRIT OF EXECUTION against the herein stated 3 defendants, JESSICA JACOBSON, RAYAH LEVY, and RAYAH LEVY INTERNATIONAL, INC. ALSO KNOWN AS ARTEQUESTA, jointly and severally, filed contemporaneously with this Affidavit.

Computations as to the number of days between dates and daily interest was determined by the calculator on the Superior Court of California, San Diego Division (http://ijcalc.sdcourt.ca.gov/Default.aspx) as well as https://financial-calculators.com/simple-interest-calculator

Additionally, Plaintiff, Judgment Creditor Halbrecht was awarded costs of suit and reasonable attorneys' fees incurred in enforcing the settlement agreement (see ¶ 3 of the FINAL JUDGMENT). Inasmuch as enforcement of this court's judgment is ongoing, Plaintiff reserves the right to file a supplemental bill of costs and expenses and seek an additional Writ of Execution once enforcement of this judgment has been settled.

Respectfully submitted and affirmed this 12th day of May, 2016 by:

  /s/ Abraham M. George
Law Offices of Abe George, Esq.
Appearing Pro Hac Vice
New York State Bar No. 4272258
44 Wall Street, 2nd Floor
New York, NY 10005
Tel: 212-498-9803
Fax: 646-558-7533
E-mail: abegeorgenyc@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 12, 2016, that the foregoing document being served this day on all counsel of record identified on the attached Service List via electronic service.

                                              /s/ Abraham M. George
                                       Law Offices of Abe George, Esq.
                                       Appearing Pro Hac Vice
                                       New York State Bar No. 4272258
                                       44 Wall Street, 2nd Floor
                                       New York, NY 10005
                                       Tel: 212-498-9803
                                       Fax: 646-558-7533
                                       E-mail: abegeorgenyc@gmail.com
                                       Attorneys for Plaintiff

Service List:
Halbrecht vs. Jacobson, et. al.
Case No.: 13-cv-03492-YGR
United States District Court, Northern District of California

Mark Pruner, Esq.
Law Office of Mark A. Pruner
1206 "Q" Street, Suite 1
Sacramento, California 95811
(P) (916)-447-11211
(F) (916)-447-9661
mpruner@prunerlaw.com, amanda@prunerlaw.com
Attorney for Defendant Rachel Levy, Jessica Jacobson and ArteQuesta.